UNITED MERCHANTS' REALTY & IMPROVEMENT CO., Respondent, et al. v. GLASSHEIM, Appellant. (Supreme Court, Appellate Division, First Department. March 7, 1913.) Action by the United Merchants' Realty & Improvement Company against Abraham Glassheim, impleaded with others. R. Greenbaum, of New York City, for appellant. C. Levy, of New York City, for respondent.

No opinion. Order affirmed, with $10 costs and disbursements. Order filed.